AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: MT8-1616M | Date and time warrant executed: 10/9/18 10:36am | Copy of warrant and inventory left with: |
| Inventory made in the presence of: Jeff Gordon | | |
| Inventory of the property taken and name of any person(s) seized: | | |

two credit card skimmers

United States Courts
Southern District of Texas
FILED
OCT 16 2018
David J. Bradley, Clerk of Court

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/9/18

*Lauren E. Brister*
*Executing officer's signature*

Lauren E. Brister U.S. Postal Inspector
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | | |
|---|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Parcel EE127780501US Originating in Miami, F;<br>Addresseed to: Luca Fabiani 1415 S. Voss Rd. #110<br>Houston, TX 77057 | )<br>)<br>)<br>)<br>)<br>) | Case No. H18-1616M |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Southern_____ District of _____Texas_____
*(identify the person or describe the property to be searched and give its location)*:

Parcel EE127780501US Originating in Miami, F; Addresseed to: Luca Fabiani 1415 S. Voss Rd. #110 Houston, TX 77057 Return: Dumitru Popa, 123 S.E. 3rd Ave. Dpt. 352, Miami, FL, 3313, currently located at 4600 Aldine Bender Rd., Houston, TX

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Narcotics and/or proceeds

**YOU ARE COMMANDED** to execute this warrant on or before _____October 22, 218_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____US Magistrate Judge Christina A. Bryan_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: _____October 9, 2018 9:36am_____ _____[signature]_____
                                                                                                                                    *Judge's signature*

City and state: _____Houston, TX_____ _____Christina A. Bryan, US Magistrate Judge_____
                                                                                                  *Printed name and title*